IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STOVER, INC.                                                                                      PLAINTIFF

VS.                                       CASE NO. 4:14-CV-4105

DTREDS, LLC                                                                                     DEFENDANT

**TEMPORARY RESTRAINING ORDER**

      Whereas, it has been made to appear by the verified complaint, certificate of support, motion for temporary restraining order, and brief in support of motion for temporary restraining order submitted by the Plaintiff, which was on the 19th day of August presented to the Honorable Susan Hickey, Judge of the United States District Court for the Western District of Arkansas, that a restraining order prior to a hearing upon a motion for a preliminary injunction should issue, without notice. Immediate and irreparable injury, loss, or damage will result to the Plaintiff before notice can be served and a hearing had and Defendant or Defendant's attorney can be heard in opposition, because the money from payment will become unreachable, Defendant's business will shut down, and Plaintiff will be left with no legal remedy to pursue. It appeared by certificate of Plaintiff's attorney in writing that notice should not be required.

Now, therefore on motion of the Plaintiff:

      The Motion for Temporary Restraining Order (ECF No. 5) is **GRANTED**. It is ordered that the Defendant DTREDS, its agents, successors, deputies, servants and employees, and all persons acting by, through or under it or by or through its order, are hereby, restrained until **September 3, 2014 at 5:00 p.m**. from possessing or transferring to any person or entity other than Plaintiff the proceeds being tendered to DTREDS from Harris IT after August 12, 2014 for payment on the Red River Army Depot Project W911RQ12F0112.

This temporary restraint is on condition that a bond be filed by Plaintiff in the sum of $10,000.00 dollars, conditioned for payment of such costs and damages as may be incurred or suffered by any party who was found to have been wrongfully restrained or enjoined, to be approved by this Court.

It is Further Ordered that Plaintiff's motion for preliminary injunction be set for hearing on **September 3, 2014, at 2:30 p.m** at the United States Courthouse in Texarkana, Arkansas.

**IT IS SO ORDERED**, this 20th day of August, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge