IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STOVER, INC.                                                                                          PLAINTIFF

VS.                                    CASE NO. 4:14-CV-4105

DTREDS, LLC                                                                                          DEFENDANT

## ORDER

Before the Court is Defendant's Suggestion of Bankruptcy.  (ECF No. 50).  Defendant states that it filed for Chapter 7 bankruptcy on July 20, 2015 in the United States Bankruptcy Court for the Eastern District of Virginia.  Accordingly, the Court finds that this matter should be stayed pending the disposition of bankruptcy proceedings.  **IT IS SO ORDERED** that an administrative termination of the case be entered, without prejudice to the right of the parties to reopen the proceedings for good cause shown, for entry of any stipulation, or for any other purpose so required to obtain a final determination of the litigation.

**IT IS SO ORDERED**, this 24th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge